2013–0794.   Heidecker v. Ashtabula Cty. Bd. of Revision.
Board of Tax Appeals, No. 2010-Y-1726.

# CASE ANNOUNCEMENTS
*May 29, 2013*

[Cite as *05/29/2013 Case Announcements*, 2013-Ohio-2164.]

## MEDIATION MATTERS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A).

2013–0800.   Harris v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2011-Q-530.

2013–0802.   First Place Bank v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, No. 2013-Y-252.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).
The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

2012–2184.   Olmstead Falls Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.
Board of Tax Appeals, Nos. 2008-K-2274, 2008-K-2275, 2008-K-2278, and 2008-K-2279.

2013–0386.   Richman Properties, L.L.C. v. Medina Cty. Bd. of Revision.
Board of Tax Appeals, No. 2009-W-2607.

2013–0451.   State ex rel. RFFG, L.L.C. v. Ohio Bur. of Workers' Comp.
Franklin App. No. 11AP–647, 2013-Ohio-241.

2013–0524.   State ex rel. Rodgers v. Pat Salmon & Sons, Inc.
Franklin App. No. 12AP–113, 2013-Ohio-284.

# CASE ANNOUNCEMENTS
*May 31, 2013*

[Cite as *05/31/2013 Case Announcements*, 2013-Ohio-2209.]

## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R 19.01(A):

2013–0467.   State ex rel. Hoffman v. Indus. Comm.
Franklin App. No. 12AP–456, 2013-Ohio-673.